IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy: LaDonne Bush          Date: November 8, 2012
Court Reporter:   Gwen Daniel
Interpreter:      Susana Cahill
Probation:        Sue Heckman

_____

Criminal Action No. 12-cr-00214-WJM        *Counsel:*

UNITED STATES OF AMERICA,                  Mark Barrett

    Plaintiff,

v.

OSERIS BUSTOS-FLORES,                      Warren Williamson

    Defendant.

_____

## COURTROOM MINUTES
_____

SENTENCING

2:14 p.m.     Court in Session

Defendant is present and in custody.

Oath administered to the Interpreter.

Court's comments.

> Defendant plead guilty to the Indictment on August 21, 2012.

Oath administered to the defendant.

Sentencing statement by Mr. Barrett.

1

Sentencing statement by Mr. Williamson.

Court's findings and conclusions.

**ORDERED:**   Defendant's Motion for Non Guideline Sentence (Doc. 20) is granted**.**

**ORDERED:**   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Oseris Bustos-Flores, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of five months.

   In serving this term of incarceration the Court recommends that the director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.

   No supervised release shall be imposed.

   The defendant is advised that if he re-enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecution.

   The Court waives the mandatory drug testing provisions of § 3563(a)(5) because it is likely that the defendant will be removed from this country.

   The defendant shall cooperate in the collection of DNA as directed by the probation officer.

   The defendant shall pay a special assessment of $100.00, which shall be due and payable immediately.

   The Court FINDS that the defendant does not have the ability to pay a fine, so the Court will waive the payment of any fine in this case apart from the Special Assessment.

Defendant advised of his right to appeal his conviction, as well as the sentence imposed, except in very limited circumstances.

**ORDERED**:   Defendant is remanded to the custody of the United States Marshal.

2:52 p.m.   Court in Recess

Hearing concluded
Time: 38 minutes